# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANGUEIN, | 1:09-cv-00199-SMS-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS ACTION<br>(Doc. 8.) |
| v. | ORDER DISMISSING ACTION IN ITS ENTIRETY WITHOUT PREJUDICE |
| PAM AHLIN, et al., | ORDER DIRECTING CLERK TO CLOSE FILE |
| Defendants. / | |

Plaintiff Michael Languein ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on July 23, 2008. (Doc. 1.) On April 8, 2009, plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). No other party has made an appearance in this action.

On May 4, 2009, Plaintiff filed a request to dismiss his complaint pursuant to Rule 41(a). (Doc. 8.) "[U]nder Rule 41(a)(1)(i) [of the Federal Rules of Civil Procedure], 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir.

1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.  No defendant has filed an answer or other responsive pleading in this action.  Therefore, Plaintiff's request shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to dismiss the complaint is GRANTED;
2. This action is DISMISSED in its entirety without prejudice; and
3. The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

**Dated:   May 6, 2009**                       /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE